UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NOBLE RESOURCES SA,

        Plaintiff,

  -against-

SARL OUEST IMPORT,

        Defendant.

------------------------------------------------------------x

08 Civ. 3587 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

    For the reasons stated in open court on August 12, 2008, defendant's motion to vacate this Court's April 15, 2008, Ex Parte Order for Process of Maritime Attachment is DENIED.

    The Clerk of the Court is respectfully requested to docket the attached letters in which the parties briefed the substance of the motion decided today.

SO ORDERED.

Dated: New York, New York
       August 12, 2008

                                                GERARD E. LYNCH
                                                United States District Judge