CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NOBLE RESOURCES SA,

         Plaintiff,    : 08-CV-3587

    v.          : **NOTICE OF APPEARANCE**

SARL QUEST IMPORT,

         Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
    September 3, 2008

                CLARK, ATCHESON & REISERT
                Attorneys for Garnishee
                Societe Generale New York Branch
      By: _____
                Richard J. Reisert (RR-7118)
                7800 River Road
                North Bergen, NJ 07047
                Tel: (201) 537-1200
                Fax: (201) 537-1201
                Email: reisert@navlaw.com