UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NOBLE RESOURCES SA,

        Plaintiff,

  -against-

SARL OUEST IMPORT,

        Defendant.

------------------------------------------------------------x

08 Civ. 3587 (GEL)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09
```

GERARD E. LYNCH, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
      April 21, 2009

                                          _____
                                          GERARD E. LYNCH
                                          United States District Judge